UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN MATTHEWS | CIVIL ACTION |
| VERSUS | NO: 15-1658 |
| WEEKS MARINE, INC. | SECTION: “J” (2) |

# JUDGMENT

Considering the Court's Findings of Fact and Conclusions of Law dated May 25, 2016, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendant and against Plaintiff dismissing Plaintiff's negligence and unseaworthiness claims with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff and against Defendant as to Plaintiff's maintenance and cure claim as follows:

Plaintiff is entitled to recover all medical expenses relating to the treatment and surgery on his right knee.

Plaintiff is also entitled to maintenance benefits at the rate of $20 per day from April 8, 2015 through the current date, and at the rate of $35 per day from the date of this order until he has reached maximum medical improvement.

Plaintiff is entitled to 4% interest on past due maintenance benefits from April 8, 2015 until paid.

Plaintiff is entitled to recover his reasonable court costs.

New Orleans, Louisiana, this 27th day of May, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE